226 So.2d 924

**STATE of Louisiana ex rel. Donald Lee RAGSDALE**

v.

**C. Murray HENDERSON, Warden Louisiana State Penitentiary.**

No. 50168.

Oct. 14, 1969.

In re: Donald Lee Ragsdale applying for writ of habeas corpus and/or certiorari.

The application is denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

226 So.2d 924

**CUB BEVERAGE COMPANY, Inc.**

v.

**TRANSPORTATION EQUIPMENT COMPANY, Inc., et al.**

No. 50042.

Oct. 14, 1969.

In re: Cub Beverage Company, Inc., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 223 So.2d 893.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.